## QUINN *v.* QUINN.

DIVORCE — ALIMONY — CHANGED CONDITIONS WARRANTS MODIFICA-
TION OF DECREE.

    On petition of a divorced wife for modification of the decree in respect to the allowance for the support of minor children, a showing of changed conditions of the parties since the amount of the allowance was fixed, and that the wife is now earning less and the husband more, *held*, to warrant an increase of the wife's allowance from $12 to $18 per week.[1]

Appeal from Ottawa; Cross (Orien S.), J. Submitted January 8, 1925. (Docket No. 53.) Decided April 3, 1925.

Bill by Clara Quinn against John Quinn for a divorce: On petition of plaintiff for a modification of the decree. From an order denying the petition, plaintiff appeals. Reversed, and remanded.

*Charles E. Misner*, for plaintiff.

*Robinson & Parsons*, for defendant.

CLARK, J. Plaintiff and defendant are divorced. The decree provided for support by defendant of minor children. . Defendant sought modification of such provision. The decree was modified and the order affirmed. See *Quinn* v. *Quinn*, 226 Mich. 239. Under the order, the allowance for support of the children is now $12 per week. When such order was made, plaintiff was earning $20 per week and had a total income, including alimony, of approximately $175, while defendant was earning less than $100 per month.

---

[1] Divorce, 19 C. J. § 819.

Plaintiff petitioned for increased allowance claiming and showing changed conditions since the said order, that she and the children have been ill, that, on account thereof, she is in debt several hundred dollars, and that she has now only irregular employment, earning not more than $10 per week.    It appears that defendant now earns from $30 to $35 per week.

These changed conditions warrant increase in the amount to be contributed.    The order denying modification is set aside, the cause remanded, and the allowance increased to $18 per week.    Plaintiff will have costs of this court.

McDONALD, C. J., and BIRD, SHARPE, MOORE, STEERE, FELLOWS, and WIEST, JJ., concurred.